IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM MILLER and ERIN MILLER,

    Plaintiffs,

v.                                             No. 1:23-CV-00538-KG-SCY

PROGRESSIVE ADVANTAGE AGENCY,
INC., d/b/a PROGRESSIVE ADVANTAGE
INSURANCE AGENCY, INC.,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Joint Motion to Dismiss with Prejudice filed by Plaintiffs, William Miller and Erin Miller, individually ("Plaintiffs") and Defendant, Progressive Advantage Agency, Inc. ("Defendant"), for a dismissal of all causes of action stated in the Complaint, amendments, and claims which could have been filed or stated therein by Plaintiffs against Defendant on the grounds that all matters in controversy by Plaintiffs against Defendant have been fully resolved.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint, any amendments to the Complaint, and all causes of action stated therein, or which could have been stated therein, filed by Plaintiffs against Defendant be and hereby is dismissed, with prejudice, with each party to bear their/its own attorney's fees and costs incurred.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Meena H. Allen
Meena H. Allen
ALLEN LAW FIRM, LLC
6121 Indian School Road NE, Suite 230
Albuquerque, NM 87110
(505) 298-9400
(505) 298-7070 Facsimile
mallen@mallen-law.com

*Attorneys for Defendant*


/s/ Patrick S. Weir
Patrick S. Weir
MCCARN & WEIR, P.C.
905 S. Fillmore, Suite 530
Amarillo, TX 79101
(806) 350-5419
pweir@mwlawfirm.com

*Attorney for Plaintiffs*